◼ ANDREA V. LIBERMAN et al., Plaintiffs, v CAYRE SYNERGY 73RD LLC et al., Respondents, et al., Defendants. CAYRE SYNERGY 73RD LLC, Third-Party Plaintiff-Respondent, v MG NEW YORK ARCHITECT PLLC, et al., Third-Party Defendants, HHF DESIGN CONSULTING, LTD., et al., Third-Party Defendants-Appellants, and FOREMOST CONTRACTING, LLC, Third-Party Defendant-Respondent. [33 NYS3d 702]—

Order, Supreme Court, New York County (Paul Wooten, J.),

entered March 20, 2015, which, to the extent appealed from, denied third-party defendants Alcon Builders Group and Darragh Collins's (together, Alcon) and HHF Design Consulting Ltd. and Helmut Hans Fenster's (together, HHF) motions for summary judgment dismissing the third-party complaint as against them, unanimously affirmed, without costs.

The motion court correctly rejected third-party defendants' argument that the decision of this Court in a prior appeal in this case bars third-party plaintiff's claims against them for indemnification (*see* 108 AD3d 426 [1st Dept 2013]). In that decision, we found that the work that Alcon, the general contractor on the condominium conversion, was performing in plaintiffs' apartment pursuant to a direct agreement with plaintiffs could not have been the cause of any leaks. We did not rule on the claims at issue on this appeal: whether Alcon can be held liable for water damage caused by work it did as general contractor on behalf of the building sponsor (third-party plaintiff) and the merits of the sponsor's indemnification claims as against HHF, a project engineering contractor.

The contractors' argument, raised for the first time on appeal, that the sponsor's indemnification claims must be dismissed as against them because the sponsor itself was negligent (*see* 108 AD3d 426) is without merit (*see 17 Vista Fee Assoc. v Teachers Ins. & Annuity Assn. of Am.*, 259 AD2d 75 [1st Dept 1999]). Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Webber, JJ.